# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARRI KALFAS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SHADOW MOUNTAIN BEHAVIORAL )<br>HEALTH SYSTEM, UNIVERSAL HEALTH )<br>SERVICES, INC., UHS OF DELAWARE, INC. )<br>MICHAEL KISTLER, SHARON WORSHAM, )<br>and JORDAN COOKE, )<br>)<br>    Defendants. ) | Case No. 17-CV-00497-JED-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Karri Kalfas and Defendants Shadow Mountain Behavioral Health System, LLC, Universal Health Services, Inc., UHS of Delaware, Inc., Michael Kistler, Sharon Worsham and Jordan Cooke, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate that any and all claims by Plaintiff as to all Defendants in the above-styled and numbered action shall be, and hereby are dismissed in their entirety with prejudice without any finding of wrongdoing. This Dismissal with Prejudice shall apply to all claims by Plaintiff that were, or which could have been asserted against any Defendants in this action. Each party shall bear their respective attorney fees and costs.

<table>
<tr><td>

s/ Paula J. Quillin
Paula J. Quillin, OBA # 7368
Jeremy K. Ward, OBA # 21400
Alexander J. Sisemore, OBA #31225
Franden Farris Quillin Goodnight & Roberts
Williams Tower II
Two West Second Street, Suite 900
Tulsa, OK 74103
Phone: (918)583-7129
Fax: (918)584-3814
pquillin@tulsalawyer.com
jward@tulsalawyer.com
asisemore@tulsalawyer.com
***Attorneys for Plaintiff***

</td><td>

s/ Charles Plumb
Charles Plumb, OBA #7194
Courtney Bru, OBA #21115
Anna Proctor, OBA # 32449
McAfee & Taft, PC
Williams Tower II
2 West 2nd Street, Suite 1100
Tulsa, OK 74103
Phone: (918)574-3003
Fax: (918)574-3103
charlie.plumb@mcafeetaft.com
courtney.bru@mcafeetaft.com
anna.proctor@mcafeetaft.com
***Attorneys for Defendants***

</td></tr>
</table>

20546679_1